FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

2010 FEB -5 PM 3:28

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INFORMATION** |
| | ) | |
| v. | ) | Cause No. 1:10-CR- 7 TLS |
| | ) | Violation: 29 U.S.C. § 501(c) |
| RICHARD D. SCHWAB | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about January 2006, and continuing to on or about December 2008, in DeKalb County, Garrett, Indiana, in the Northern District of Indiana,

RICHARD D. SCHWAB,

defendant herein, while an officer of the United Transportation Union, Local 298, a labor organization engaged in an industry affecting commerce, did knowingly embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization of over $46,000.00;

All in violation of 29 U.S.C. § 501(c).

DAVID CAPP
UNITED STATES ATTORNEY

By: Lovita Morris King
Assistant U.S. Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: lovita.morris.king@usdoj.gov